MOED-0001                    DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

**Reset Form**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Veolia ES Technical Solutions, L.L.C | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No. |
| RiverCap Ventures, LLC | ) |
| | ) |
| Defendant(s). | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Veolia ES Technical   hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
       None

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
       None

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
       None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:  Veolia's sole member is Veolia Environmental Services North America LLC which in turn has one member: Veolia North America, Inc., a Delaware corporation with a principal place of business in Delaware.

                        /s/ Zachary S. Merkle
                        Signature (Counsel for Plaintiff/Defendant)
                        Print Name: Zachary S. Merkle
                        Address: 600 Washington Ave., 1500
                        City/State/Zip: St. Louis, MO 63101
                        Phone: 314.231.3332

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: December 2, 20 22.

                        /s/ Zachary S. Merkle
                        Signature