UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

VEOLIA ES TECHNICAL SOLUTIONS, LLC
_____,
   Plaintiff (s),

v.         Case No.

RIVERCAP VENTURES, LLC
_____,
   Defendant(s).

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
  (Plaintiff or Defendant)

__Robert Pedroli__
(name and address of process server)
__130 S. Bemiston Ave., Suite 300__
__Clayton, MO 63105__

To serve: __Defendant, RiverCap Ventures, LLC_____ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__12/02/2022__            /s/ Zachary Merkle
(date)               (attorney for Plaintiff)

                 (attorney for Defendant)