UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| VEOLIA ES TECHNICAL SOLUTIONS, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:22-CV-00086-SEP |
| | ) | |
| RIVERCAP VENTURES, LLC, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RIVERCAP VENTURES, INC., | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Defendants/Counter-Plaintiff. | ) | |

## *MOTION FOR WITHDRAWAL OF COUNSEL*

COMES NOW, attorney Dylan L. McCloskey, of the law firm Pitzer Snodgrass, P.C., and hereby moves the Court for leave to withdraw as counsel for Defendants Rivercap Ventures, LLC and Rivercap Ventures, Inc. in the above-captioned lawsuit. Good cause for the withdrawal exits as Dylan L. McCloskey is no longer a representative of the law firm Pitzer Snodgrass, P.C. Robert T. Plunkert of Pitzer Snodgrass, P.C. and Timothy R. Fadel of Fadel & Beyer, LLC remain counsel of record for Defendants Rivercap Ventures, LLC and Rivercap Ventures, Inc.

/s/ Dylan L. McCloskey
Robert T. Plunkert  #62064MO
Dylan L. McCloskey   #74755MO
PITZER SNODGRASS, P.C.
Attorney for Defendant RiverCap Ventures, Inc.
100 South Fourth Street, Suite 400
St. Louis, Missouri 63102-1821
(314) 421-5545
Email: plunkert@pspclaw.com
Email: mccloskey@pspclaw.com

     I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 23rd of February, 2024:

Nicholas P. Van Deven
Zachary Stephen Merkle
SANDBERG PHOENIX PC
120 S. Central Avenue, suite 1600
Clayton, Missouri 63105
Phone: 314-425-4917
Fax: 314-725-5754
nvandeven@sandbergphoenix.com
zmerkle@sandbergphoenix.com
*Attorneys for Plaintiff*

                                /s/ Phillip B. Schatz

{}